**Kevin William KING, Plaintiff–
Appellant,**

v.

**COUNTY OF LOS ANGELES; Los An-
geles County Sheriffs Department,
Defendants–Appellees.**

No. 13–56473.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2015.*

Filed March 20, 2015.

Kevin William King, Los Angeles, CA,
pro se.

· Before: FARRIS, WARDLAW, and
PAEZ, Circuit Judges.

MEMORANDUM **

Former California state prisoner Kevin
William King appeals pro se from the dis-
trict court's order denying him leave to file
his complaint in forma pauperis. We have
jurisdiction under 28 U.S.C. § 1291. We
review for an abuse of discretion.
*O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th
Cir.1990). We reverse and remand.

While the grant or denial of a request to
proceed in forma pauperis is discretionary,
the district court's mere statement that
King "may request the Court to allow him

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

to amend [the complaint in another pend-
ing action] to add any new allegations" is
not an adequate basis for denying King's
request to proceed in forma pauperis in
this action. *See Tripati v. First Nat'l
Bank & Trust,* 821 F.2d 1368, 1370 (9th
Cir.1987) ("A district court may deny leave
to proceed in forma pauperis at the outset
if it appears from the face of the proposed
complaint that the action is frivolous or
without merit.").

**REVERSED and REMANDED.**